PS 42
(Rev 07/93)

# United States District Court

### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | CR 05-36 |
| **Gwennette Bowman** | ) | Case No. ~~05-53M~~ |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Gwenette Bowman, have discussed with Thomas F. Carey, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall submit to a mental health evaluation and/or counseling at the direction and discretion of Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 3-30-05    _____ 3/30/05
Signature of Defendant        Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    _____
Signature of Defense Counsel       Date

[ ]   The above modification of conditions of release is ordered, to be effective on _____.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____    4/14/05
Signature of Judicial Officer      Date