AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

REDACTED

UNITED STATES OF AMERICA
V.

Gwennette Bowman

**SUMMONS IN A CRIMINAL CASE**

Case Number:     CR 05-36-2

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Magistrate Ctrm # 6C, 6th Floor** |
| | Date and Time<br>4/21/05 at 1:00 PM |
| Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    21    United States Code, Section(s)    841(a)(1), (b)(1)(D) and 846

Brief description of offense:

CONSPIRACY TO DISTRIBUTE MARIJUANA

_Evette Watson_
Signature of Issuing Officer

April 15, 2005   at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer