IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. GWENETTE BOWMAN ; CASE NO. CR 05-36-2-JJF

The defendant, GWENETTE BOWMAN, having been scheduled for an arraignment on 4/21/2005 and a continuance having been made by the COURT for the following reason; DUE TO A COURT SCHEDULING CONFLICT . The Court finds that the ends of justice served by ordering a continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued TO 4/28/2005

(2) The period between 4/21/2005 and 4/28/2005 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 4/28/05

FILED
APR 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE