UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Gwennette Bowman<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CASE NO.   CR 05-36-2<br>)<br>)<br>)<br>)<br>) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *April 22, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 19, 2005*. The time between the date of this order and *May 19, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                      Honorable Mary Pat Thynge
                                      U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney