# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008



James E. Liguori
Gregory A. Morris
Laura A. Yiengst

March 14, 2006

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

RE: **United States v. Gwennette Bowman**
**Criminal Action No. 05-36(JJF)**

Dear Judge Farnan:

    I am requesting my presence be excused at the scheduling conference currently scheduled for tomorrow, March 15, 2006 at 2:30 p.m. I began a trial in Sussex County Superior Court yesterday, March 13, 2006 which is currently scheduled to proceed through March 21, 2006. I have spoken with AUSA Ferris Wharton who will be representing to the court that this case will almost assuredly be a plea.

    Thank you for your consideration.

Very truly yours,

James E. Liguori

JEL/jld