IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-36-JJF |
| | ) | |
| ROBERT COOKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Ferris W. Wharton as attorney of record on behalf of the United States of America, and enter the appearance of United States Attorney Colm F. Connolly.

                                                        Colm F. Connolly
                                                      United States Attorney
                                                      Nemours Building, #700
                                                      P.O. Box 2046
                                                      Wilmington, Delaware 19899-2046
                                                      colm.connolly@usdoj.gov

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-36-JJF |
| | ) |
| ROBERT COOKE, et al., | ) |
| | ) |
| Defendant. | ) |

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on March 27, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Edward C. Gill, Esq.
> Law Office of Edward C. Gill, P.A.
> 16 North Bedford Street
> P.O. Box 824
> Georgetown, DE 19947
>
> James E. Liguori, Esq.
> Liguori, Morris & Yiengst
> 46 The Green
> Dover, DE 19901
>
> Thomas A. Foley, Esq.
> 1326 King Street
> Wilmington, DE 19801

_/s/ Theresa A. Jordan_