IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-36-02 JJF |
| GWENNETTE BOWMAN, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Counts Six and Seven of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Monday, September 11, 2006, at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

May 11, 2006
DATE

_[signature: Joseph J. Farnan]_
UNITED STATES DISTRICT JUDGE