IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-36-2-JJF |
| | ) | |
| GWENNETTE BOWMAN, | ) | |
| | ) | |
| Defendant. | | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves to dismiss Counts One and Five of the Indictment in the above-captioned case as to defendant Gwennette Bowman pursuant to the Memorandum of Plea Agreement executed on May 4, 2006.

Respectfully submitted,

_____
COLM F. CONNOLLY
United States Attorney

Dated:

IT IS SO ORDERED this __12__ day of __September__, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED
SEP 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE